UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SERENE SCHAFFER, o/b/o LS, a minor child,<br><br>            Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>            Defendant. | No.  CV-09-5082-JPH<br><br>ORDER GRANTING STIPULATED MOTION TO REVERSE AND REMAND<br><br>(Ct. Rec. 27) |

BEFORE THE COURT is the parties stipulated motion to remand this case to the Commissioner for further administrative proceedings (**Ct. Rec. 27**). D. James Tree represents plaintiff. Special Assistant United States Attorney David J. Burdett represents defendant.  The parties consented to proceed before a magistrate judge (Ct. Rec. 7).

The parties stipulate the case should be **reversed** and **remanded** pursuant to sentence four of 42 U.S.C. § 405(g). In addition, upon further review, the ALJ will evaluate the report from third grade teacher Ms. Schnellbach, provide analysis to support the ALJ's findings for each domain, and evaluate the

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 1

additional evidence submitted with the request for review.

After considering the motion,

**IT IS ORDERED** that the motion to **reverse and remand** pursuant to sentence four of 42 U.S.C. § 405(g)**(Ct. Rec. 27)** is **GRANTED.** Additionally,

1. The ALJ will evaluate the report from third grade teacher Ms. Schnellbach.

2. The ALJ will provide analysis to support the finding in each domain.

3. The ALJ will evaluate the additional evidence submitted with the request for review.

4. A motion for attorney fees made be made separately.

5. The case shall be **CLOSED.**

DATED this 1st day of November, 2010.

_s/James P. Hutton_
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION
FOR ORDER OF REMAND - 2