**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| SERENE SHAFFER o/b/o LS, a minor child, </br></br>  Plaintiff, </br></br> vs. </br></br> MICHAEL J. ASTRUE, Commissioner of Social Security, </br></br> Defendant. | NO. CV-09-5082-JPH </br></br> **JUDGMENT IN A CIVIL CASE** |

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 1 day of November, 2010.

JAMES R. LARSEN
District Court Executive/Clerk

by:   s/Pamela A. Howard
           Deputy Clerk

cc: all counsel